UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE,<br><br>        Plaintiff,<br><br>  v.<br><br>,<br><br>        Defendant. | Case No. 16-mc-80025-VC<br><br>**ORDER RE PRE-FILING REVIEW**<br><br>Re: Dkt. No. 2 |

The Court has reviewed the filing in the above-captioned matter and finds it does not state a potentially cognizable claim. Therefore, in accordance with the order filed on August 18, 2004 in *Wallace v. U.S. Government* (No. 04-1147 FMS and related cases), the Clerk is directed not to accept the filing, and this action is dismissed.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALLACE, Plaintiff, v. , Defendant. | Case No. 16-mc-80025-VC **CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
General Delivery
Fairfield, CA 94534

Dated: February 11, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2